B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mark Ohriner O.D. LTD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**88-0249747** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4675 West Flamingo Road**<br>**Las Vegas, NV**<br>ZIP Code **89103-3795** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mark Ohriner O.D. LTD** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>  Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|         _____<br>        (Name of landlord that obtained judgment) |
|         _____<br>        (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(04/13)** Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Mark Ohriner O.D. LTD**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Timothy S. Cory**
Signature of Attorney for Debtor(s)

**Timothy S. Cory 1972**
Printed Name of Attorney for Debtor(s)

**Timothy S. Cory & Associates**
Firm Name

**8831 W Sahara Avenue**
**Las Vegas, NV 89117**

_____
Address

**Email: tim.cory@corylaw.us**
**702-388-1996**
Telephone Number

**September 29, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Ohriner**
Signature of Authorized Individual

**Mark Ohriner**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**September 29, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Mark Ohriner O.D. LTD**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 819 Decatur Investments<br>3060 E Post Rd<br>Suite 110<br>Las Vegas, NV 89120 | 819 Decatur Investments<br>3060 E Post Rd<br>Suite 110<br>Las Vegas, NV 89120 | Guarantor on loan | | 125,000.00 |
| ABB Optical<br>PO Box 742779<br>Los Angeles, CA 90074 | ABB Optical<br>PO Box 742779<br>Los Angeles, CA 90074 | trade debt | | 21,000.00 |
| Aetna<br>PO Box 44129<br>Jacksonville, FL 32231 | Aetna<br>PO Box 44129<br>Jacksonville, FL 32231 | Insurance | | 9,000.00 |
| Altair Eyewear<br>PO Box 45036<br>San Francisco, CA 94145 | Altair Eyewear<br>PO Box 45036<br>San Francisco, CA 94145 | trade debt | | 3,500.00 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096 | American Express<br>Box 0001<br>Los Angeles, CA 90096 | Credit card purchases | | 27,500.00 |
| Clearvision Optical<br>425 Rabro Dr #2<br>Hauppauge, NY 11788 | Clearvision Optical<br>425 Rabro Dr #2<br>Hauppauge, NY 11788 | trade debt | | 1,600.00 |
| Custom Craft Lens<br>2411 Tech Center Court<br>Suite 105<br>Las Vegas, NV 89128 | Custom Craft Lens<br>2411 Tech Center Court<br>Suite 105<br>Las Vegas, NV 89128 | trade debt | | 12,600.00 |
| Go Eyewear LLC<br>4290 E McDowell<br>Suite 101<br>Phoenix, AZ 85008 | Go Eyewear LLC<br>4290 E McDowell<br>Suite 101<br>Phoenix, AZ 85008 | trade debt | | 2,700.00 |
| Health Innovations<br>Technologies Inc<br>PO Box 756<br>Glen Ellyn, IL 60138 | Health Innovations Technologies Inc<br>PO Box 756<br>Glen Ellyn, IL 60138 | software | | 10,500.00 |
| Hoya Labs<br>651 E Corporate Dr<br>Lewisville, TX 75057 | Hoya Labs<br>651 E Corporate Dr<br>Lewisville, TX 75057 | trade debt | | 21,000.00 |
| L'Amy<br>37 Danbury Rd<br>Wilton, CT 06897 | L'Amy<br>37 Danbury Rd<br>Wilton, CT 06897 | trade debt | | 1,250.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Mark Ohriner O.D. LTD**                     Case No. 

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Nevada Answering Service<br>2860 E Flamingo Rd #J<br>Las Vegas, NV 89121 | Nevada Answering Service<br>2860 E Flamingo Rd #J<br>Las Vegas, NV 89121 | trade debt | | 2,000.00 |
| Nevada Department of Taxation<br>1550 College Parkway<br>Suite 115<br>Carson City, NV 89706 | Nevada Department of Taxation<br>1550 College Parkway<br>Suite 115<br>Carson City, NV 89706 | Sales & Use Tax | | 40,000.00 |
| NV Energy<br>PO Box 30086<br>Reno, NV 89520 | NV Energy<br>PO Box 30086<br>Reno, NV 89520 | utilities | | 2,000.00 |
| RH Donnelly<br>c/o Law Office of Brian Shapiro LLC<br>228 S 4th St, Suite 300<br>Las Vegas, NV 89101 | RH Donnelly<br>c/o Law Office of Brian Shapiro LLC<br>228 S 4th St, Suite 300<br>Las Vegas, NV 89101 | trade debt | | 100,000.00 |
| RSD Consulting, LLC<br>10541 Broadhead Ct<br>Las Vegas, NV 89135 | RSD Consulting, LLC<br>10541 Broadhead Ct<br>Las Vegas, NV 89135 | Accounting services | | 7,000.00 |
| Synergeyes Inc.<br>5927 Priestly Dr<br>Suite 210<br>Carlsbad, CA 92008 | Synergeyes Inc.<br>5927 Priestly Dr<br>Suite 210<br>Carlsbad, CA 92008 | trade debt | | 5,000.00 |
| US Bank<br>PO Box 790408<br>Saint Louis, MO 63179 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179 | Credit card purchases | | 1,200.00 |
| Vistakon<br>PO Box 10157<br>Jacksonville, FL 32247 | Vistakon<br>PO Box 10157<br>Jacksonville, FL 32247 | trade debt | | 2,000.00 |
| VSP Insurance<br>PO Box 997100<br>Sacramento, CA 95827 | VSP Insurance<br>PO Box 997100<br>Sacramento, CA 95827 | trade debt | | 78,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 29, 2014**               Signature   **/s/ Mark Ohriner**

                                                    **Mark Ohriner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re    **Mark Ohriner O.D. LTD** _____ ,     Case No. _____

                       Debtor

      Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Ohriner**<br>**4675 West Flamingo Rd**<br>**Las Vegas, NV 89103-3795** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **September 29, 2014** _____      Signature **/s/ Mark Ohriner** _____

                                                    **Mark Ohriner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re    **Mark Ohriner O.D. LTD**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 29, 2014**

**/s/ Mark Ohriner**

**Mark Ohriner**/
Signer/Title

Mark Ohriner O.D. LTD
4675 West Flamingo Road
Las Vegas, NV 89103-3795

Timothy S. Cory
Timothy S. Cory & Associates
8831 W Sahara Avenue
Las Vegas, NV 89117

819 Decatur Investments
3060 E Post Rd
Suite 110
Las Vegas, NV 89120

ABB Optical
PO Box 742779
Los Angeles, CA 90074

Aetna
PO Box 44129
Jacksonville, FL 32231

Aflac
Worldwide Headquarters
Columbus, GA 31999

Alcon Laboratories
11460 Joyhns Creek Pkwy
Duluth, GA 30097

Altair Eyewear
PO Box 45036
San Francisco, CA 94145

American Express
Box 0001
Los Angeles, CA 90096

Aspex Eyewear
2755 SW 32nd Ave
Fort Lauderdale, FL 33336

Bank of America Business Card
PO Box 15796
Wilmington, DE 19886

Carl Zeiss Meditec, Inc.
c/o PSI
21214 Schofield Dr
Gretna, NE 68028

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark County Water Reclamation District
PO Box 98526
Las Vegas, NV 89193

Clearvision Optical
425 Rabro Dr #2
Hauppauge, NY 11788

Cox Communications
PO Box 3901
Las Vegas, NV 89127

Custom Craft Lens
2411 Tech Center Court
Suite 105
Las Vegas, NV 89128

David Vision
PO Box 9104
Plainview, NY 11803

Dept of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Eye Q Eyewear
4290 E McDowell
Suite 101
Bellmore, NY 11710

Eyefinity
PO Box 74608
Los Angeles, CA 90074

Fairway Optical
8039 Paseo Blvd
Kansas City, MO 64131

Go Eyewear LLC
4290 E McDowell
Suite 101
Phoenix, AZ 85008

HCRnet Inc.
8930 W Tropicana Ave, Suite 8
Las Vegas, NV 89147

Health Innovations Technologies Inc
PO Box 756
Glen Ellyn, IL 60138

Hoya Labs
651 E Corporate Dr
Lewisville, TX 75057

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

L'Amy
37 Danbury Rd
Wilton, CT 06897

Las Vegas Valley Water District
1001 S Valley View Blvd
Las Vegas, NV 89153

Medenniium Inc
9 Parker, Suite 150
Irvine, CA 92618

MO Property MGMT, LLC
4675 W Flamingo Rd
Las Vegas, NV 89103

Mountain America Credit Union
PO Box 9001
West Jordan, UT 84084

Nevada Answering Service
2860 E Flamingo Rd #J
Las Vegas, NV 89121

Nevada Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706

Nevada Dept of Taxation, BK Section
555 East Third Street
Carson City, NV 89713

Nouveau Eyewear
2853 Eisenhower Street
Suite 100
Carrollton, TX 75007

NV Energy
PO Box 30086
Reno, NV 89520

Ocusoft
PO Box 429
Richmond, TX 77406

Plexus Optix Inc.
PO Box 45780
San Francisco, CA 94145

Professional Document Products
3371 West Oquendo Rd
Las Vegas, NV 89118

RH Donnelly
c/o Law Office of Brian Shapiro LLC
228 S 4th St, Suite 300
Las Vegas, NV 89101

RSD Consulting, LLC
10541 Broadhead Ct
Las Vegas, NV 89135

Satisloh North America Inc.
PO Box 664
Germantown, WI 53022

Southern Group Enterprise
20895 Currier Rd
Suite B
Walnut, CA 91789

Southwest Gas
PO Box 98890
Las Vegas, NV 89193

Synergeyes Inc.
5927 Priestly Dr
Suite 210
Carlsbad, CA 92008

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

US Bank
PO Box 790408
Saint Louis, MO 63179

Vistakon
PO Box 10157
Jacksonville, FL 32247

```
VSP Insurance
PO Box 997100
Sacramento, CA 95827
```

# United States Bankruptcy Court
## District of Nevada

In re   **Mark Ohriner O.D. LTD**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mark Ohriner O.D. LTD**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 29, 2014**

Date

**/s/ Timothy S. Cory**

**Timothy S. Cory**
Signature of Attorney or Litigant
Counsel for   **Mark Ohriner O.D. LTD**
**Timothy S. Cory & Associates**
**8831 W Sahara Avenue**
**Las Vegas, NV 89117**
**702-388-1996**
**tim.cory@corylaw.us**